448 A.2d 1192

Ninehouser, Appellant v. Ninehouser.

Argued April 14, 1982. John J. Driscoll, for appellant; Robert C. Capristo, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment affirmed.

448 A.2d 1193

Philadelphia Citywide Dev. Corp. v. Town & Country.

Appeal of James L. Thomas.

Argued December 16, 1981. Elliot B. Platt, for appellant; Gary A. Rochestie, for appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order affirmed.